IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WISCONSIN RIGHT TO LIFE COMMITTEE,
INC. and WISCONSIN RIGHT TO LIFE STATE
POLITICAL ACTION COMMITTEE,

      Plaintiffs,

    v.                                                      Case No. 10-C-0669

GORDON MYSE, in his official capacity as chair
and member of the Wisconsin Government
Accountability Board; THOMAS BARLAND, in his
official capacity as vice chair and member of the
Wisconsin Government Accountability Board;
MICHAEL BRENNAN, THOMAS CANE, DAVID
DEININGER, and GERALD NICHOL, in their
official capacities as members of the Wisconsin
Government Accountability Board; and JOHN
CHISHOLM, in his official capacity as Milwaukee
County district attorney,

      Defendants.

## DEFENDANTS' MOTION TO ABSTAIN AND STAY

Defendants Gordon Myse, Thomas Barland, Michael Brennan, Thomas Cane, David Deininger, Gerald Nichol, and John Chisholm (collectively, "Defendants"), by their undersigned counsel, respectfully move the Court to abstain from exercising its jurisdiction and to stay this action. In support of their Motion, Defendants have filed a Brief in Support of Motion to Abstain and Stay and the Affidavit of Clayton P. Kawski. Defendants have also submitted a proposed Order to the Court.

Defendants request that the Court set a briefing schedule on this Motion and further request that Defendants' Reply be due no earlier than September 15, 2010. Defendants also request that, if the Court denies the instant Motion, that they be allowed at least twenty-one (21) days after the Court's Order to submit a brief in opposition to Plaintiffs' Preliminary Injunction Motion (Dkt. #3).

Dated this 30th day of August 2010.

                                            Respectfully submitted,

                                            /s/Clayton P. Kawski
                                            CLAYTON P. KAWSKI
                                            Assistant Attorney General
                                            State Bar # 1066228

                                            BRIAN K. HAGEDORN
                                            Assistant Attorney General
                                            State Bar # 1061490

                                            Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7477 (CPK)
(608) 266-1263 (BKH)
(608) 267-2223(Fax)
kawskicp@doj.state.wi.us
hagedornbk@doj.state.wi.us