UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WISCONSIN RIGHT TO LIFE, INC.
and WISCONSIN RIGHT TO LIFE
STATE POLITICAL ACTION COMMITTEE,

    Plaintiffs,

v.                                Case No. 10-C-0669

GORDON MYSE, THOMAS BARLAND,
MICHAEL BRENNAN, THOMAS CANE,
DAVID DEININGER, GERALD NICHOL,
and JOHN CHISHOLM,

    Defendants.

ORDER PERMANENTLY ENJOINING ENFORCEMENT OF WIS. STAT. § 11.26(4)
AS TO INDEPENDENT-EXPENDITURE COMMITTEES

The Seventh Circuit Court of Appeals vacated this court's abstention order of September 17, 2010, in *Wisconsin Right to Life State Political Action Committee v. Barland*, No. 11-2623 (7th Cir. December 12, 2011), and held that applying Wis. Stat. § 11.26(4) to the annual $10,000 contribution cap on the amount individuals may contribute to independent-expenditure committees violates the First Amendment of the United States Constitution. Moreover, the Court of Appeals directed that enforcement of the statute with respect to independent-expenditure committees be enjoined by this court on remand. Accordingly,

IT IS ORDERED that enforcement of Wis. Stat. § 11.26(4) as applied to the contributions to independent-expenditure committees is enjoined permanently.

Dated at Milwaukee, Wisconsin, this 11th day of January, 2012.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE