UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN RIGHT TO LIFE, INC.
and WISCONSIN RIGHT TO LIFE
STATE POLITICAL ACTION COMMITTEE,

    Plaintiffs,

    v.          Case No. 10-C-0669

THOMAS BARLAND, MICHAEL BRENNAN,
THOMAS CANE, DAVID DEININGER,
GERALD NICHOL, JOHN CHISHOLM,
and TIMOTHY VOCKE,

    Defendants.

---

DECISION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER (DOC. 68)

The court having stated its findings of fact and conclusions of law during a hearing on August 31, 2012,

IT IS ORDERED that the plaintiffs' second motion for preliminary injunction as to count two is granted.

IT IS FURTHER ORDERED that the plaintiffs' second motion for preliminary injunction as to count four is denied as moot, except to the extent that defendants made contrary representations to the public after October 16, 2010.

IT IS FURTHER ORDERED that the plaintiffs' second motion for preliminary injunction as to count five is granted with respect to ads that are less than 30 seconds in length, and denied with respect to the remaining aspects of count five.

IT IS FURTHER ORDERED that the plaintiffs' second motion for preliminary injunction as to count nine is granted with respect to the corporate disbursement ban, and

denied with respect to the remaining aspects of count nine.

IT IS FURTHER ORDERED that the plaintiffs' second motion for preliminary injunction as to counts one, three, six, seven, and eight is denied.

IT IS FURTHER ORDERED that defendants are hereby preliminarily enjoined from enforcing limitations on corporate expenditures under Wis. Stat. § 11.38(1)(a)(1) pending the final resolution of this case. In addition, defendants are hereby ordered to notify the public that GAB 1.91 has expired.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2012.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE