UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WISCONSIN RIGHT TO LIFE, INC.
and WISCONSIN RIGHT TO LIFE
STATE POLITICAL ACTION COMMITTEE,

        Plaintiffs,

v.                                  Case No. 10-C-0669

THOMAS BARLAND, MICHAEL BRENNAN,
THOMAS CANE, DAVID DEININGER,
GERALD NICHOL, JOHN CHISHOLM,
and TIMOTHY VOCKE,

        Defendants.

## ORDER REOPENING CASE, AMENDING CAPTION, SETTING DEADLINES REGARDING PROPOSED PERMANENT INJUNCTION, AND SETTING HEARING

The Seventh Circuit remanded this case for entry of a permanent injunction consistent with the opinion of that court and the specificity requirements of Fed. R. Civ. P. 65(d). Afterward, the parties advised that they will not be filing petitions for writ of certiorari with the U.S. Supreme Court.

In subsequent filings, plaintiffs request the opportunity to propose the language of the permanent injunction and a hearing to address any court questions. On the other hand, defendants wish to respond to any proposed permanent injunction order proposed by plaintiffs. Further, plaintiffs indicate that new Government Accountability Board members have taken office and should be substituted for their predecessors in this official-capacity case, and defendants have not disagreed. Also, the court notes plaintiffs replaced Thomas Cane and David Deininger with Harold Froehlich and Elsa Lamelas in the case caption of their recent filings. However, the court's review of the Government Accountability Board's website suggests that Michael Brennan is no longer on the board but Judge John Franke

is. Government Accountability Board, http://gab.wi.gov/about/members (last visited July 29, 2014). In their submissions regarding the proposed permanent injunction, both sides should confirm the identities of the proper defendants. Therefore, based on the Seventh Circuit's decision and the subsequent filings of the parties,

IT IS ORDERED that this case is reopened.

IT IS FURTHER ORDERED that the caption be amended by deleting Thomas Cane and David Deininger and adding Harold Froehlich and Elsa Lamelas.

IT IS FURTHER ORDERED that the parties confer within twenty-one days of this order regarding the identities of the defendants and the language of a proposed permanent injunction and judgment.

IT IS FURTHER ORDERED that plaintiffs file a proposed permanent injunction and judgment, incorporating all points on which the parties agree, within twenty-eight days of this order.

IT IS FURTHER ORDERED that defendants shall have seven days after the filing of plaintiffs' proposed permanent injunction and judgment to file a response regarding any points as to which the parties do not agree.

IT IS FURTHER ORDERED that a telephonic hearing is set for September 9, 2014, at 2:00 p.m., to address any disputes between the parties regarding the permanent injunction and judgment language or any questions the court may have. The court will place the call.

Dated at Milwaukee, Wisconsin, this 29th day of July, 2014.

BY THE COURT

/s/ C.N. Clevert, Jr.
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE